1  MCGREGOR W. SCOTT
   United States Attorney
2  LAUREL J. MONTOYA
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

FILED

NOV 29 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

8               IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          | CASE NO. 1:18-mj-00202-EPG

12 |                    Plaintiff,      | ORDER TO
                                        | UNSEAL COMPLAINT
13 |         v.

14 | ERICK LIARRAGA, ET AL.,

15 |                    Defendants.

16

17     This Complaint was sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of

18 Criminal Procedure.

19     IT IS HEREBY ORDERED that the case be unsealed and be made public record.

20

21 DATED: 11/29/18                          _____

22                                          HON. ERICA P. GROSJEAN

23                                          UNITED STATES MAGISTRATE JUDGE